**STADLER, Respondent, v. JAMES EVERARD'S BREWERIES, Appellant.** (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Albert M. Stadler against James Everard's Breweries. F. S.

Marsell, of New York City, for appellant. H. A. Rubino, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 163 App. Div. 887, 147 N. Y. Supp. 1143.